```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/27/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------------- X
:
PINCHAS RAUL, :
:
                            Plaintiff, : 1:21-cv-5693-GHW
:
       -against- : ORDER
:
CHIASMA, INC., DAVID STACK, RAJ KANNAN, :
TODD FOLEY, BARD GEESAMAN, RONI :
MAMLUK, SCOTT MINICK, JOHN A. SCARLETT, :
and JOHN F. THERO, :
:
                        Defendants. :
:
---------------------------------------------------------------------- X

GREGORY H. WOODS, District Judge:

In the Order scheduling the initial pretrial conference in this matter, the parties were directed to submit a joint letter via ECF and to email a joint proposed Case Management Plan and Scheduling Order to Chambers by no later than September 22, 2021. Dkt. No. 4. The Court has not received the parties' submissions. The parties are directed to submit their joint letter via ECF and to email their joint proposed Case Management Plan to Chambers forthwith, and in no event later than September 28, 2021.

Plaintiff is directed to serve a copy of this order on the defendants.

SO ORDERED.

Dated: September 27, 2021　　　　　　　　　　_____
New York, New York　　　　　　　　　　　　　GREGORY H. WOODS
　　　　　　　　　　　　　　　　　　　　　　United States District Judge